**Norman INGRAM, Defendant Below, Appellant,**

v.

**STATE Of Delaware, Plaintiff Below, Appellee.**

No. 262, 2015

Supreme Court of Delaware.

Submitted: May 20, 2016

Decided: July 18, 2016

Court Below—Superior Court of the State of Delaware. Cr. ID No. 0305008270.

AFFIRMED.

**Patrick F. CROLL, Petitioner Below, Appellant,**

v.

**STATE of Delaware, Respondent Below, Appellee.**

No. 207, 2016

Supreme Court of Delaware.

Submitted: May 20, 2016

Decided: July 18, 2016

Reargument En Banc Denied August 1, 2016

Court Below—Superior Court of the State of Delaware. C.A. No. N16M–04–046. Cr. ID Nos. 0803007023, 0801001836.

AFFIRMED.

**Victor HACKETT, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

No. 697, 2015

Supreme Court of Delaware.

Submitted: June 2, 2016

Decided: July 18, 2016

Rehearing En Banc Denied August 3, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0609019128

AFFIRMED.

**Jo–Anne F. ULLRICH, Defendant Below, Appellant,**

v.

**NAVY FEDERAL CREDIT UNION, Plaintiff Below, Appellee.**

No. 539, 2015

Supreme Court of Delaware.

Submitted: June 27, 2016

Decided: July 18, 2016

Court Below—Superior Court of the State of Delaware. C.A. No. N13C–11–118.

DISMISSED.